|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

CHADWICK SUNTAY,  )  Case No.: C 10-05843 PSG
                                            )
                Plaintiff,  )  **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"**
     v.  )
                                            )
BAC HOME LOANS SERVICING, LP,  )
                                            )
              Defendant.  )
_____  )

On January 19, 2011, Defendant BAC Home Loans Servicing, LP moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than January 28, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1  www.cand.uscourts.gov.

2  Dated:    January 21, 2011

   *[signature: Paul S. Grewal]*

3  PAUL S. GREWAL
   United States Magistrate Judge