**BRYAN CAVE LLP**
Ori Edelstein, Bar No.: 268145
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: ori.edelstein@bryancave.com

Stuart W. Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CHADWICK SUNTAY,<br><br>          Plaintiff,<br><br>   v.<br><br>BAC HOME LOANS SERVICING, LP<br><br>          Defendants. | Case No. 5:10-cv-05843-JW<br><br>[Assigned to Honorable Magistrate Judge Paul Singh Grewal, Courtroom 5, 4th Floor, San Jose for discovery matters]<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:     April 18, 2011<br>Time:    10:00 a.m.<br>Ctrm:    8, 4th Floor<br>Judge:   Honorable James Ware<br><br>Complaint Filed: December 22, 2010<br>Trial Date: Not Set |

1  This Stipulation is entered into between Plaintiff CHADWICK SUNTAY ("Plaintiff") and Defendant BAC HOME LOANS SERVICING, LP ("Defendant").

WHEREAS, a Case Management Conference is currently scheduled for Monday, April 18, 2011, at 10:00 a.m.

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on January 19, 2011, with a hearing date of April 18, 2011, at 9:00 a.m.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for April 18, 2011, and reschedule it for June 13, 2011, after the pleadings are set, or at a later date convenient for the Court.

Dated: April 7, 2011

By: _____
Chadwick Suntay
Pro Se

Dated: April 6, 2011

**BRYAN CAVE LLP**

By: _____
Ori Edelstein
Attorneys for Defendant
BAC Home Loans Servicing, LP

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SF01DOCS30552.1

[PROPOSED] ORDER
Case No. 5:10-cv-05843-JW

This Stipulation is entered into between Plaintiff CHADWICK SUNTAY ("Plaintiff") and Defendant BAC HOME LOANS SERVICING, LP ("Defendant").

WHEREAS, a Case Management Conference is currently scheduled for Monday, April 18, 2011, at 10:00 a.m.

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on January 19, 2011, with a hearing date of April 18, 2011, at 9:00 a.m.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for April 18, 2011, and reschedule it for June 13, 2011, after the pleadings are set, or at a later date convenient for the Court.

Dated:   April __, 2011

By: _____
    Chadwick Suntay
Pro Se

Dated:   April 6, 2011

**BRYAN CAVE LLP**

By: __/s/ Ori Edelstein_____
    Ori Edelstein
Attorneys for Defendant
BAC Home Loans Servicing, LP

SF01DOCS30552.1

[PROPOSED] ORDER
Case No. 5:10-cv-05843-JW

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiff CHADWICK SUNTAY ("Plaintiff") and Defendant BAC HOME LOANS SERVICING, LP ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until __June 13__, 2011 at __10:00 AM__. The parties shall file a joint status report no later than __June 3,__ 2011.

Dated: __April 8, 2011__

_Honorable Judge James Ware_

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SF01DOCS30552.1

[PROPOSED] ORDER
Case No. 5:10-cv-05843-JW