1  **BRYAN CAVE LLP**
   Ori Edelstein, Bar No.:   268145
2  Sean T. Carter, Bar No.: 206365
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111-3907
   Telephone:     (415) 675-3400
4  Facsimile:     (415) 675-3434
   E-Mail:        ori.edelstein@bryancave.com
5                 carters@bryancave.com

6  **BRYAN CAVE LLP**
   Stuart W. Price, California Bar No. 125918
7  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
8  Telephone:     (949) 223-7000
   Facsimile:     (949) 223-7100
9

   Attorneys for Defendant
10 BAC HOME LOANS SERVICING, LP

11

12                    **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

14

15 CHADWICK SUNTAY,                     | Case No. 5:10-cv-05843-EJD

16             Plaintiff,               | **[PROPOSED]** ORDER GRANTING
                                        | **DEFENDANT'S MOTION FOR**
17       v.                             | **ADMINISTRATIVE RELIEF PURSUANT**
                                        | **TO CIVIL L.R. 7-11**
18 BAC HOME LOANS SERVICING, LP         |

19             Defendants.              |

20                                      | Date:       May 20, 2011
                                        | Time:       N/A
21                                      | Courtroom:  1, 5th Floor
                                        | Judge:      Hon. Edward J. Davila
22

23

24

25

26

27

28

SF01DOCS #:33064v1

[PROPOSED] ORDER, NO. 5:10-CV-05843 EJD

1  **[PROPOSED] ORDER**

2  The Court has read and considered Defendant BAC Home Loans Servicing, LP's Motion
3  for Administrative Relief Pursuant to Civil L.R. 7-11 ("Motion").  Because Plaintiff was directed
4  to file a first amended complaint on April 13, 2011 and, as of today's date, has yet to comply with
5  the Court's order, the Court finds that Good cause appears for the Motion.

6  **IT IS HEREBY ORDERED THAT:**

7  [This case is DISMISSED with PREJUDICE.  Judgment shall be entered in favor of
8  Defendant BAC HOME LOANS SERVICING, LP and Plaintiff shall take nothing by his
9  Complaint against Defendant.]

10  [Defendant's Motion for Failure to Prosecute Pursuant to Rule 41(b) filed on 5/20/11 and
11  previously set to be heard on October 28, 2011, will be reset and heard on ___July 1___, 2011
12  at _9:00_ a.m./p.m. in Courtroom 1, 5th Floor.]   Any opposition or reply papers shall be filed
    in accordance with Civil Local Rule 7-3.

16  Dated: May 24, 2011

    Hon. Edward J. Davila
    United States District Court
    Northern District of California

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1

SF01DOCS #:33064v1

[PROPOSED] ORDER, NO. C 10-05843 EJD